IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| ATOS IT SOLUTIONS AND SERVICES, INC.<br><br>　　Plaintiff,<br><br>v.<br><br>ACT, INC.,<br><br>　　Defendant. | Case No. 4:17-cv-440<br><br>**COMPLAINT** |

Plaintiff Atos IT Solutions and Services, Inc., for its Complaint states:

## PARTIES AND JURISDICTION

1.　Plaintiff Atos IT Solutions and Services, Inc. ("Atos") is a Delaware corporation with its principal place of business in Purchase, New York.

2.　Defendant ACT, Inc. ("ACT") is an Iowa corporation with its principal place of business in Iowa City, Iowa.

3.　The Court has jurisdiction under 28 U.S.C. §1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4.　Venue is proper is this district under 28 U.S.C. §1391(b) because the Defendant resides in this district, and a substantial part of the events or omissions giving rise to the claim occurred in this district.

## GENERAL ALLEGATIONS

5.　Atos is in the business of providing information technology outsourcing services.

6. ACT is a provider of assessment services, including educational testing.

7. On May 21, 2013, Atos and ACT entered into a Master Services Agreement (the "Agreement") in which the parties agreed, among other things, that Atos would provide to ACT information technology and related services specified on incorporated statements of work and other document (the "Services") in exchange for specified payments and fees as set forth in the Agreement. The Agreement is attached as Exhibit 1.

8. Before entering into the Agreement, ACT managed and operated its own information technology environment itself and through vendors.

9. Atos provided Services to ACT as required under the Agreement.

10. On or about January 10, 2017, ACT exercised a contractual right of early termination of the Agreement for ACT's convenience pursuant to Agreement § 23.1 effective August 31, 2017 (the "Termination for Convenience").

11. Pursuant to Agreement § 24.1, in connection with the Termination for Convenience, ACT was to required pay specified termination fees to Atos (the "Termination Fees").

12. The Termination Fees were to be paid in three installments. ACT made the first two installment payments to Atos, but has failed to pay the final installment.

13. Pursuant to the Agreement, any sum due Atos for which a time of payment is not otherwise specified is due and payable thirty days after ACT's receipt of an invoice from Atos.

14. ACT has failed to pay for Services and the Termination Fees as required under the Agreement within the required period.

15.     As of December 8, 2017, ACT's past due invoices total $2,810,075.04. The invoice numbers, due dates, and amounts comprising the current past due amounts are as follows:

| Invoice Number | Due Date | Amount |
|---|---|---|
| 5376128508 | 9/24/2017 | $623,166.83 |
| 5376129754 | 10/7/2017 | $34,245.17 |
| 5376128306 | 10/23/2017 | $540,945.30 |
| 5376131035 | 10/25/2017 | $83,918.80 |
| 5376131032 | 10/25/2017 | $28,291.32 |
| 5376131069 | 10/26/2017 | $569,557.43 |
| 5376132730 | 11/12/2017 | $15,208.88 |
| 5376132736 | 11/12/2017 | $13,996.54 |
| 5376132734 | 11/12/2017 | $8,748.12 |
| 5376132738 | 11/12/2017 | $8,395.50 |
| 5376132727 | 11/12/2017 | $1,060.00 |
| 5376133494 | 11/24/2017 | $453,984.32 |
| 5376133487 | 11/24/2017 | $281,352.27 |
| 5376133472 | 11/24/2017 | $89,825.28 |
| 5376133440 | 11/24/2017 | $30,000.62 |
| 5376134776 | 12/3/2017 | $27,378.66 |
| | Total | $2,810,075.04 |

Copies of the invoices are attached as Exhibit 2.

16.     Additional invoices issued but as-yet-unpaid by ACT are also nearing past due status.

## COUNT I
## BREACH OF CONTRACT

17.     The foregoing allegations are incorporated by reference.

18.     The Agreement constitutes a valid and enforceable contract between Atos and ACT.

19.     ACT breached the Agreement by failing to pay for Services and Termination Fees as required under the Agreement.

- 4 -

20. Atos has performed all of its material obligations under the Agreement or such performance has been excused.

21. ACT's breaches of the Agreement have independently and collectively caused Atos to suffer damages.

WHEREFORE, Atos prays for judgment against ACT in an amount that will fully and fairly compensate it for ACT's breach of the Agreement, including, but not limited to, all damages, all interest allowed by law, its attorneys' fees incurred in collection of the amount owed, the costs of this action, and such further relief as this Court deems just.

BELIN McCORMICK, P.C.

By: *Matthew C. McDermott*

Matthew C. McDermott      AT0005085

666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989
Telephone: (515) 283-4643
Facsimile: (515) 558-0643
E-Mail: mmcdermott@belinmccormick.com

ATTORNEYS FOR PLAINTIFF
ATOS IT SOLUTIONS AND SERVICES, INC.

A0855\0000\(2840564.4)