

# Invoice

| Customer PO Date | | Cust PO |
|---|---|---|
| | | Billing Per SOW and Schedule D |
| Project | | Project Description |
| US.704398 | | ACT, Inc. |
| Reference | | Sales Order No |
| | | 4017704398 |

| Invoice no | Date |
|---|---|
| 5376128508 | 08/25/2017 |
| Customer no 177731 | Page 1 of 3 |

| **Bill To** | **Sold To** | **Ship To** |
|---|---|---|
| ACT, Inc. | ACT, Inc. | **Multiple Ship Tos** |
| 500 ACT DR | 500 ACT DR | **See Item Details** |
| Iowa City IA 52240 | Iowa City IA 52240 | |
| | | |
| Attn: | | |

| **Remit Check Payments To:** | **Remit Incoming Wire To:** | **Remit Incoming ACH's To:** |
|---|---|---|
| Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. |
| Dept 781177 | Bank: JP Morgan Chase | Bank: JP Morgan Chase |
| PO Box 78000 | ABA: 021000021 | ABA: 044000037 |
| Detroit, MI 48278-1177 | Swift code: CHASUS33 | Swift code: BONEUS44 |
| | Account Name: Atos IT Solutions and Services, Inc. | Account Name: Atos IT Solutions and Services, Inc. |
| | Account Number: 656522083 | Account Number: 656522083 |

Steady State Variable Priced Services for July 2017

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Taxes | Total Price |
|---|---|---|---|---|---|---|
| 10 | ZUS010<br>Helpdesk Services<br>Service Date: 07/31/2017 | QTY | 1.000 | 73,980.75 | 0.00 | 73,980.75 |
| 20 | ZUS002<br>Desktop Services - Laptops/Desktops<br>Service Date: 07/31/2017 | QTY | 1.000 | 62,225.60 | 3,733.54 | 65,959.14 |
| 30 | ZUS002<br>Desktop Services - Deskside IMAC's<br>Service Date: 07/31/2017 | QTY | 1.000 | 33,815.29 | 2,028.92 | 35,844.21 |
| 40 | ZUS006<br>VOIP Services - Managed Port ($/Port)<br>Service Date: 07/31/2017 | QTY | 1.000 | 44,102.91 | 0.00 | 44,102.91 |
| 50 | ZUS006<br>VOIP Services - Voice IMAC's<br>Service Date: 07/31/2017<br>Ship To:<br>ACT, Inc.<br>500 ACT DR<br>Iowa City IA 52240 | QTY | 1.000 | 2,890.64 | 0.00 | 2,890.64 |
| 60 | ZUS011<br>DBA<br>Service Date: 07/31/2017 | QTY | 1.000 | 32,389.15 | 0.00 | 32,389.15 |
| 70 | ZUS011<br>ASM<br>Service Date: 07/31/2017 | QTY | 1.000 | 2,050.00 | 0.00 | 2,050.00 |

ATOS IT Solutions and Services, Inc.
4705 Duke Drive
Mason, OH 45040
Attn: Billing and Collections Center    ( Email: accountsreceivable@atos.net )
For the Terms and Conditions applicable for this billing document, please reference the corresponding Contract and/or other addendum.
Taxes are summarized, and the details are available upon request.
This invoice is subject to the terms of the services agreement and statement of work mutually executed by and between you and Atos IT Solutions and Services, Inc. (Atos). Any matters contained in the invoice which are not subject to or within the scope of a current agreement between you and Atos are subject to the Standard Atos US Terms and Conditions of Sale which can be found at: http://www.na.atos.net/en-us/about_us/terms-conditions/default.htm

**EXHIBIT**
**2**



# Invoice

Customer PO Date | Cust PO
Billing Per SOW and Schedule D

Project | Project Description
US.704398 | ACT, Inc.
Reference | Sales Order No
| 4017704398

| Invoice no | Date |
|---|---|
| 5376128508 | 08/25/2017 |
| Customer no 177731 | Page 2 of 3 |

| **Bill To** | **Sold To** | **Ship To** |
|---|---|---|
| ACT, Inc.<br>500 ACT DR<br>Iowa City IA  52240 | ACT, Inc.<br>500 ACT DR<br>Iowa City IA  52240 | **Multiple Ship Tos**<br>**See Item Details** |

Attn:

| **Remit Check Payments To:** | **Remit Incoming Wire To:** | **Remit Incoming ACH's To:** |
|---|---|---|
| Atos IT Solutions and Services, Inc.<br>Dept 781177<br>PO Box 78000<br>Detroit, MI 48278-1177 | Atos IT Solutions and Services, Inc.<br>Bank: JP Morgan Chase<br>ABA: 021000021<br>Swift code: CHASUS33<br>Account Name: Atos IT Solutions and Services, Inc.<br>Account Number: 656522083 | Atos IT Solutions and Services, Inc.<br>Bank: JP Morgan Chase<br>ABA: 044000037<br>Swift code: BONEUS44<br>Account Name: Atos IT Solutions and Services, Inc.<br>Account Number: 656522083 |

Steady State Variable Priced Services for July 2017

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Taxes | Total Price |
|---|---|---|---|---|---|---|
| 80 | ZUS011<br>Wintel Atos - Windows Physical<br>Service Date: 07/31/2017 | QTY | 1.000 | 2,612.72 | 0.00 | 2,612.72 |
| 90 | ZUS011<br>Wintel Atos - Windows Virtual<br>Service Date: 07/31/2017 | QTY | 1.000 | 28,538.60 | 0.00 | 28,538.60 |
| 100 | ZUS011<br>Unix/Linux Atos - Unix-Linux Physical<br>Service Date: 07/31/2017 | QTY | 1.000 | 13,541.90 | 0.00 | 13,541.90 |
| 110 | ZUS011<br>Unix/Linux Atos - Unix-Linux Virtual<br>Service Date: 07/31/2017 | QTY | 1.000 | 116,404.00 | 0.00 | 116,404.00 |
| 120 | ZUS001<br>P-Series Atos<br>Service Date: 07/31/2017 | QTY | 1.000 | 9,947.98 | 0.00 | 9,947.98 |
| 130 | ZUS001<br>Storage Atos - Tier 1 Storage (TB)<br>Service Date: 07/31/2017 | QTY | 1.000 | 11,259.03 | 0.00 | 11,259.03 |
| 140 | ZUS001<br>Storage Atos - Tier 2 Storage (TB)<br>Service Date: 07/31/2017 | QTY | 1.000 | 62,863.19 | 0.00 | 62,863.19 |
| 150 | ZUS001<br>Backup Atos - Avamar Active Back-up (TB)<br>Service Date: 07/31/2017 | QTY | 1.000 | 13,482.32 | 0.00 | 13,482.32 |

ATOS IT Solutions and Services, Inc.
4705 Duke Drive
Mason, OH 45040
Attn: Billing and Collections Center   ( Email: accountsreceivable@atos.net )
For the Terms and Conditions applicable for this billing document, please reference the corresponding Contract and/or other addendum.
Taxes are summarized, and the details are available upon request.
This invoice is subject to the terms of the services agreement and statement of work mutually executed by and between you and Atos IT Solutions and Services, Inc. (Atos). Any matters contained in the invoice which are not subject to or within the scope of a current agreement between you and Atos are subject to the Standard Atos US Terms and Conditions of Sale which can be found at: http://www.na.atos.net/en-us/about_us/terms-and-conditions/default.htm



# Invoice

| Customer PO Date | Cust PO |
|---|---|
| | Billing Per SOW and Schedule D |
| Project | Project Description |
| US.704398 | ACT, Inc. |
| Reference | Sales Order No |
| | 4017704398 |

| **Bill To** | **Sold To** | **Ship To** |
|---|---|---|
| ACT, Inc. | ACT, Inc. | **Multiple Ship Tos** |
| 500 ACT DR | 500 ACT DR | **See Item Details** |
| Iowa City IA  52240 | Iowa City IA  52240 | |

Attn:

| **Remit Check Payments To:** | **Remit Incoming Wire To:** | **Remit Incoming ACH's To:** |
|---|---|---|
| Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. |
| Dept 781177 | Bank: JP Morgan Chase | Bank: JP Morgan Chase |
| PO Box 78000 | ABA: 021000021 | ABA: 044000037 |
| Detroit, MI 48278-1177 | Swift code: CHASUS33 | Swift code: BONEUS44 |
| | Account Name: Atos IT Solutions and Services, Inc. | Account Name: Atos IT Solutions and Services, Inc. |
| | Account Number: 656522083 | Account Number: 656522083 |

Steady State Variable Priced Services for July 2017

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Taxes | Total Price |
|---|---|---|---|---|---|---|
| 160 | ZUS001 | QTY | 1.000 | 106,820.29 | 0.00 | 106,820.29 |
| | Backup Atos - Data Domain Active Back-up (TB)] | | | | | |
| | Service Date: 07/31/2017 | | | | | |
| 170 | ZUS011 | QTY | 1.000 | 480.00 | 0.00 | 480.00 |
| | Non-standard Appliance (TB)] | | | | | |
| | Service Date: 07/31/2017 | | | | | |
| | Ship To: | | | | | |
| | ATOS IT SOLUTIONS AND SERVICES | | | | | |
| | 5000 S Bowen Rd Atos Data Center - Exempt | | | | | |
| | Arlington TX  76017 | | | | | |
| | Contact: Carol Geisen | | | | | |
| | Phone: | | | | | |
| | Fax:  Ext | | | | | |
| | Email: carol.geisen@atos.net | | | | | |
| | | | | State taxes | 5,762.46 | |

| Currency: USD | Subtotal Before Tax:617,404.37 | Total Tax : | 5,762.46 Invoice Total: 623,166.83 |
|---|---|---|---|
| Payment Terms:  Net 30  Net Due By 09/24/2017 | | | |

ATOS IT Solutions and Services, Inc.
4705 Duke Drive
Mason, OH 45040
Attn: Billing and Collections Center   ( Email: accountsreceivable@atos.net )

For the Terms and Conditions applicable for this billing document, please reference the corresponding Contract and/or other addendum.
Taxes are summarized, and the details are available upon request.
This invoice is subject to the terms of the services agreement and statement of work mutually executed by and between you and Atos IT Solutions and Services, Inc. (Atos). Any matters contained in the invoice which are not subject to or within the scope of a current agreement between you and Atos are subject to the Standard Atos US Terms and Conditions of Sale which can be found at: http://www.na.atos.net/en-us/about_us/terms-and-conditions/default.htm



# Invoice

| Customer PO Date | Cust PO |
| --- | --- |
| | Billing Per SOW |
| Project | Project Description |
| US.704398 | ACT, Inc. |
| Reference | Sales Order No |
| | 4017704398 |

| Bill To | Sold To | Ship To |
| --- | --- | --- |
| ACT, Inc. | ACT, Inc. | ACT, Inc. |
| 500 ACT DR | 500 ACT DR | 500 ACT DR |
| Iowa City IA  52240 | Iowa City IA  52240 | Iowa City IA  52240 |

Attn:

| Remit Check Payments To: | Remit Incoming Wire To: | Remit Incoming ACH's To: |
| --- | --- | --- |
| Atos IT Solutions and Services, Inc.<br>Dept 781177<br>PO Box 78000<br>Detroit, MI 48278-1177 | Atos IT Solutions and Services, Inc.<br>Bank: JP Morgan Chase<br>ABA: 021000021<br>Swift code: CHASUS33<br>Account Name: Atos IT Solutions and Services, Inc.<br>Account Number: 656522083 | Atos IT Solutions and Services, Inc.<br>Bank: JP Morgan Chase<br>ABA: 044000037<br>Swift code: BONEUS44<br>Account Name: Atos IT Solutions and Services, Inc.<br>Account Number: 656522083 |

Contract Termination Transition for August 2017

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Taxes | Total Price |
| --- | --- | --- | --- | --- | --- | --- |
| 10 | Z00001<br>"ACTAUX0520- ACT Contract Termination Transition<br>ACT-XXXX2017-001<br>[757541]<br>Service Period: 08/01 - 08/31"<br><br>Service Date: 08/31/2017<br><br>Contact: Carol Geisen<br>Phone:<br>Fax:  Ext<br>Email: carol.geisen@atos.net | QTY | 1.000 | 34,245.17 | 0.00 | 34,245.17 |

| Currency: USD | Subtotal Before Tax:34,245.17 | Total Tax : | 0.00 Invoice Total: 34,245.17 |
| --- | --- | --- | --- |

Payment Terms:  Net 30  Net Due By 10/07/2017

ATOS IT Solutions and Services, Inc.
4705 Duke Drive
Mason, OH 45040
Attn: Billing and Collections Center    ( Email: accountsreceivable@atos.net )
For the Terms and Conditions applicable for this billing document, please reference the corresponding Contract and/or other addendum.
Taxes are summarized, and the details are available upon request.
This invoice is subject to the terms of the services agreement and statement of work mutually executed by and between you and Atos IT Solutions and Services, Inc. (Atos). Any matters contained in the invoice which are not subject to or within the scope of a current agreement between you and Atos are subject to the Standard Atos US Terms and Conditions of Sale which can be found at: http://www.na.atos.net/en-us/about_us/terms-and-conditions/default.htm

 **AtoS**

# Invoice

| Customer PO Date | Cust PO | Invoice no | Date |
|---|---|---|---|
| | Billing Per SOW | 5376128306 | 08/24/2017 |
| Project | Project Description | | |
| US.704398 | ACT, Inc. | Customer no 177731 | Page 1 of 1 |
| Reference | Sales Order No | | |
| | 4017704398 | | |

| Bill To | Sold To | Ship To |
|---|---|---|
| ACT, Inc. | ACT, Inc. | ATOS IT SOLUTIONS AND SERVICES |
| 500 ACT DR | 500 ACT DR | 5000 S Bowen Rd Atos Data Center - |
| Iowa City IA  52240 | Iowa City IA  52240 | Exempt |
| | | Arlington TX  76017 |

Attn:

| Remit Check Payments To: | Remit Incoming Wire To: | Remit Incoming ACH's To: |
|---|---|---|
| Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. |
| Dept 781177 | Bank: JP Morgan Chase | Bank: JP Morgan Chase |
| PO Box 78000 | ABA: 021000021 | ABA: 044000037 |
| Detroit, MI 48278-1177 | Swift code: CHASUS33 | Swift code: BONEUS44 |
| | Account Name: Atos IT Solutions and Services, Inc. | Account Name: Atos IT Solutions and Services, Inc. |
| | Account Number: 656522083 | Account Number: 656522083 |

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Taxes | Total Price |
|---|---|---|---|---|---|---|
| 10 | ZUS086 "ACTAUX0520- ACT Contract Termination Installment #3" | QTY | 1.000 | 540,945.30 | 0.00 | 540,945.30 |
| | Service Date: 08/25/2047 | | | | | |
| | Contact: Carol Geisen Phone: Fax:  Ext Email: carol.geisen@atos.net | | | | | |

**Currency: USD      Subtotal Before Tax:540,945.30      Total Tax :          0.00 Invoice Total: 540,945.30**
**Payment Terms:  2.000 % 30 days Net 60  If Paid By: 09/23/2017 Deduct:  10818.91- Net Due By 10/23/2017**

ATOS IT Solutions and Services, Inc.
4705 Duke Drive
Mason, OH 45040
Attn: Billing and Collections Center    ( Email: accountsreceivable@atos.net )
For the Terms and Conditions applicable for this billing document, please reference the corresponding Contract and/or other addendum.
Taxes are summarized, and the details are available upon request.
This invoice is subject to the terms of the services agreement and statement of work mutually executed by and between you and Atos IT Solutions and Services, Inc. (Atos). Any matters contained in the invoice which are not subject to or within the scope of a current agreement between you and Atos are subject to the Standard Atos US Terms and Conditions of Sale which can be found at: http://www.na.atos.net/en-us/about_us/terms-and-conditions/default.htm



# Invoice

| Customer PO Date | | Cust PO |
|---|---|---|
| | | Billing Per SOW |
| Project | | Project Description |
| US.704398 | | ACT, Inc. |
| Reference | | Sales Order No |
| | | 4017704398 |

| Invoice no | Date |
|---|---|
| 5376131035 | 09/25/2017 |
| Customer no  177731 | Page 1 of 1 |

| Bill To | Sold To | Ship To |
|---|---|---|
| ACT, Inc. | ACT, Inc. | ACT, Inc. |
| 500 ACT DR | 500 ACT DR | 500 ACT DR |
| Iowa City IA  52240 | Iowa City IA  52240 | Iowa City IA  52240 |

Attn:

| Remit Check Payments To: | Remit Incoming Wire To: | Remit Incoming ACH's To: |
|---|---|---|
| Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. |
| Dept 781177 | Bank: JP Morgan Chase | Bank: JP Morgan Chase |
| PO Box 78000 | ABA: 021000021 | ABA: 044000037 |
| Detroit, MI 48278-1177 | Swift code: CHASUS33 | Swift code: BONEUS44 |
| | Account Name: Atos IT Solutions and Services, Inc. | Account Name: Atos IT Solutions and Services, Inc. |
| | Account Number: 656522083 | Account Number: 656522083 |

Middleware Services for August 2017

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Taxes | Total Price |
|---|---|---|---|---|---|---|
| 10 | ZUS006 ACT Middleware ACT-03242016-001 [757502] Service Period: 8/1 - 8/31 Service Date: 08/31/2017 Contact: Carol Geisen Phone: Fax:  Ext Email: carol.geisen@atos.net | QTY | 1.000 | 83,918.80 | 0.00 | 83,918.80 |

| | | | |
|---|---|---|---|
| Currency: USD | Subtotal Before Tax:83,918.80 | Total Tax : | 0.00 Invoice Total: 83,918.80 |
| Payment Terms:  Net 30  Net Due By 10/25/2017 | | | |

ATOS IT Solutions and Services, Inc.
4705 Duke Drive
Mason, OH 45040
Attn: Billing and Collections Center    ( Email: accountsreceivable@atos.net )
For the Terms and Conditions applicable for this billing document, please reference the corresponding Contract and/or other addendum.
Taxes are summarized, and the details are available upon request.
This invoice is subject to the terms of the services agreement and statement of work mutually executed by and between you and Atos IT Solutions and Services, Inc. (Atos). Any
matters contained in the invoice which are not subject to or within the scope of a current agreement between you and Atos are subject to the Standard Atos US Terms and Conditions
of Sale which can be found at: http://www.na.atos.net/en-us/about_us/terms-and-conditions/default.htm



# Invoice

| Customer PO Date | | Cust PO |
| --- | --- | --- |
| | | Billing Per SOW and Schedule D |
| Project | | Project Description |
| US.704398 | | ACT, Inc. |
| Reference | | Sales Order No |
| | | 4017704398 |

| Bill To | Sold To | Ship To |
| --- | --- | --- |
| ACT, Inc. | ACT, Inc. | ACT, Inc. |
| 500 ACT DR | 500 ACT DR | 500 ACT DR |
| Iowa City IA  52240 | Iowa City IA  52240 | Iowa City IA  52240 |

Attn:

| Remit Check Payments To: | Remit Incoming Wire To: | Remit Incoming ACH's To: |
| --- | --- | --- |
| Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. |
| Dept 781177 | Bank: JP Morgan Chase | Bank: JP Morgan Chase |
| PO Box 78000 | ABA: 021000021 | ABA: 044000037 |
| Detroit, MI 48278-1177 | Swift code: CHASUS33 | Swift code: BONEUS44 |
| | Account Name: Atos IT Solutions and Services, Inc. | Account Name: Atos IT Solutions and Services, Inc. |
| | Account Number: 656522083 | Account Number: 656522083 |

Iowa Data Center for August 2017

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Taxes | Total Price |
| --- | --- | --- | --- | --- | --- | --- |
| 10 | ZUS011 | QTY | 1.000 | 6,102.15 | 366.13 | 6,468.28 |
| | Wintel Iowa | | | | | |
| | Service Period: 08/01/2017 - 08/31/2017 | | | | | |
| 20 | ZUS011 | QTY | 1.000 | 3,816.25 | 228.98 | 4,045.23 |
| | Unix/Linux Iowa | | | | | |
| | Service Period: 08/01/2017 - 08/31/2017 | | | | | |
| 30 | ZUS001 | QTY | 1.000 | 13,150.17 | 0.00 | 13,150.17 |
| | Storage Iowa | | | | | |
| | Service Period: 08/01/2017 - 08/31/2017 | | | | | |
| 40 | ZUS001 | QTY | 1.000 | 4,627.64 | 0.00 | 4,627.64 |
| | Back-up Iowa | | | | | |
| | Service Period: 08/01/2017 - 08/31/2017 | | | | | |
| | Contact: Carol Geisen | | | | | |
| | Phone: | | | | | |
| | Fax:  Ext | | | | | |
| | Email: carol.geisen@atos.net | | | | | |
| | | | | State taxes | 595.11 | |

| Currency: USD | Subtotal Before Tax:27,696.21 | Total Tax : | 595.11 Invoice Total: 28,291.32 |
| --- | --- | --- | --- |
| Payment Terms:  Net 30  Net Due By 10/25/2017 | | | |

ATOS IT Solutions and Services, Inc.
4705 Duke Drive
Mason, OH 45040
Attn: Billing and Collections Center    ( Email: accountsreceivable@atos.net )
For the Terms and Conditions applicable for this billing document, please reference the corresponding Contract and/or other addendum.
Taxes are summarized, and the details are available upon request.
This invoice is subject to the terms of the services agreement and statement of work mutually executed by and between you and Atos IT Solutions and Services, Inc. (Atos). Any
matters contained in the invoice which are not subject to or within the scope of a current agreement between you and Atos are subject to the Standard Atos US Terms and Conditions
of Sale which can be found at: http://www.na.atos.net/en-us/about_us/terms-and-conditions/default.htm



# Invoice

| Customer PO Date | Cust PO |
|---|---|
| | Billing Per SOW and Schedule D |
| Project | Project Description |
| US.704398 | ACT, Inc. |
| Reference | Sales Order No |
| | 4017704398 |

| Bill To | Sold To | Ship To |
|---|---|---|
| ACT, Inc.<br>500 ACT DR<br>Iowa City IA  52240 | ACT, Inc.<br>500 ACT DR<br>Iowa City IA  52240 | **Multiple Ship Tos**<br>**See Item Details** |

Attn:

| Remit Check Payments To: | Remit Incoming Wire To: | Remit Incoming ACH's To: |
|---|---|---|
| Atos IT Solutions and Services, Inc.<br>Dept 781177<br>PO Box 78000<br>Detroit, MI 48278-1177 | Atos IT Solutions and Services, Inc.<br>Bank: JP Morgan Chase<br>ABA: 021000021<br>Swift code: CHASUS33<br>Account Name: Atos IT Solutions and Services, Inc.<br>Account Number: 656522083 | Atos IT Solutions and Services, Inc.<br>Bank: JP Morgan Chase<br>ABA: 044000037<br>Swift code: BONEUS44<br>Account Name: Atos IT Solutions and Services, Inc.<br>Account Number: 656522083 |

Steady State Variable Priced Services for August 2017

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Taxes | Total Price |
|---|---|---|---|---|---|---|
| 10 | ZUS010<br>Helpdesk Services<br>Service Date: 08/31/2017 | QTY | 1.000 | 73,980.75 | 0.00 | 73,980.75 |
| 20 | ZUS002<br>Desktop Services - Laptops/Desktops<br>Service Date: 08/31/2017 | QTY | 1.000 | 62,225.60 | 3,733.54 | 65,959.14 |
| 30 | ZUS002<br>Desktop Services - Deskside IMAC's<br>Service Date: 08/31/2017 | QTY | 1.000 | 33,815.29 | 2,028.92 | 35,844.21 |
| 40 | ZUS006<br>VOIP Services - Managed Port ($/Port)<br>Service Date: 08/31/2017 | QTY | 1.000 | 44,217.57 | 0.00 | 44,217.57 |
| 50 | ZUS006<br>VOIP Services - Voice IMAC's<br>Service Date: 08/31/2017<br>Ship To:<br>ACT, Inc.<br>500 ACT DR<br>Iowa City IA  52240 | QTY | 1.000 | 541.99 | 0.00 | 541.99 |
| 60 | ZUS011<br>DBA<br>Service Date: 08/31/2017 | QTY | 1.000 | 32,389.15 | 0.00 | 32,389.15 |
| 70 | ZUS011<br>ASM<br>Service Date: 08/31/2017 | QTY | 1.000 | 2,050.00 | 0.00 | 2,050.00 |

ATOS IT Solutions and Services, Inc.
4705 Duke Drive
Mason, OH 45040
Attn: Billing and Collections Center    ( Email: accountsreceivable@atos.net )

For the Terms and Conditions applicable for this billing document, please reference the corresponding Contract and/or other addendum.
Taxes are summarized, and the details are available upon request.
This invoice is subject to the terms of the services agreement and statement of work mutually executed by and between you and Atos IT Solutions and Services, Inc. (Atos). Any matters contained in the invoice which are not subject to or within the scope of a current agreement between you and Atos are subject to the Standard Atos US Terms and Conditions of Sale which can be found at: http://www.na.atos.net/en-us/about_us/terms-and-conditions/default.htm



# Invoice

| Customer PO Date | Cust PO |
| --- | --- |
| | Billing Per SOW and Schedule D |
| Project | Project Description |
| US.704398 | ACT, Inc. |
| Reference | Sales Order No |
| | 4017704398 |

| Bill To | Sold To | Ship To |
| --- | --- | --- |
| ACT, Inc. | ACT, Inc. | **Multiple Ship Tos** |
| 500 ACT DR | 500 ACT DR | **See Item Details** |
| Iowa City IA 52240 | Iowa City IA 52240 | |
| Attn: | | |

| Remit Check Payments To: | Remit Incoming Wire To: | Remit Incoming ACH's To: |
| --- | --- | --- |
| Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. |
| Dept 781177 | Bank: JP Morgan Chase | Bank: JP Morgan Chase |
| PO Box 78000 | ABA: 021000021 | ABA: 044000037 |
| Detroit, MI 48278-1177 | Swift code: CHASUS33 | Swift code: BONEUS44 |
| | Account Name: Atos IT Solutions and Services, Inc. | Account Name: Atos IT Solutions and Services, Inc. |
| | Account Number: 656522083 | Account Number: 656522083 |

Steady State Variable Priced Services for August 2017

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Taxes | Total Price |
| --- | --- | --- | --- | --- | --- | --- |
| 80 | ZUS011 | QTY | 1.000 | 2,612.72 | 0.00 | 2,612.72 |
| | Wintel Atos - Windows Physical | | | | | |
| | Service Date: 08/31/2017 | | | | | |
| 90 | ZUS011 | QTY | 1.000 | 22,061.75 | 0.00 | 22,061.75 |
| | Wintel Atos - Windows Virtual | | | | | |
| | Service Date: 08/31/2017 | | | | | |
| 100 | ZUS011 | QTY | 1.000 | 13,541.90 | 0.00 | 13,541.90 |
| | Unix/Linux Atos - Unix-Linux Physical | | | | | |
| | Service Date: 08/31/2017 | | | | | |
| 110 | ZUS011 | QTY | 1.000 | 71,092.38 | 0.00 | 71,092.38 |
| | Unix/Linux Atos - Unix-Linux Virtual | | | | | |
| | Service Date: 08/31/2017 | | | | | |
| 120 | ZUS001 | QTY | 1.000 | 9,947.98 | 0.00 | 9,947.98 |
| | P-Series Atos | | | | | |
| | Service Date: 08/31/2017 | | | | | |
| 130 | ZUS001 | QTY | 1.000 | 11,520.19 | 0.00 | 11,520.19 |
| | Storage Atos - Tier 1 Storage (TB) | | | | | |
| | Service Date: 08/31/2017 | | | | | |
| 140 | ZUS001 | QTY | 1.000 | 63,142.94 | 0.00 | 63,142.94 |
| | Storage Atos - Tier 2 Storage (TB) | | | | | |
| | Service Date: 08/31/2017 | | | | | |
| 150 | ZUS001 | QTY | 1.000 | 13,354.47 | 0.00 | 13,354.47 |
| | Backup Atos - Avamar Active Back-up (TB) | | | | | |
| | Service Date: 08/31/2017 | | | | | |

ATOS IT Solutions and Services, Inc.
4705 Duke Drive
Mason, OH 45040
Attn: Billing and Collections Center     ( Email: accountsreceivable@atos.net )
For the Terms and Conditions applicable for this billing document, please reference the corresponding Contract and/or other addendum.
Taxes are summarized, and the details are available upon request.
This invoice is subject to the terms of the services agreement and statement of work mutually executed by and between you and Atos IT Solutions and Services, Inc. (Atos). Any
matters contained in the invoice which are not subject to or within the scope of a current agreement between you and Atos are subject to the Standard Atos US Terms and Conditions
of Sale which can be found at: http://www.na.atos.net/en-us/about_us/terms-and-conditions/default.htm



# Invoice

| Customer PO Date | Cust PO<br>Billing Per SOW and Schedule D |
| --- | --- |
| Project<br>US.704398<br>Reference | Project Description<br>ACT, Inc.<br>Sales Order No<br>4017704398 |

| Bill To | Sold To | Ship To |
| --- | --- | --- |
| ACT, Inc.<br>500 ACT DR<br>Iowa City IA  52240 | ACT, Inc.<br>500 ACT DR<br>Iowa City IA  52240 | **Multiple Ship Tos**<br>**See Item Details** |
| Attn: | | |

| Remit Check Payments To: | Remit Incoming Wire To: | Remit Incoming ACH's To: |
| --- | --- | --- |
| Atos IT Solutions and Services, Inc.<br>Dept 781177<br>PO Box 78000<br>Detroit, MI 48278-1177 | Atos IT Solutions and Services, Inc.<br>Bank: JP Morgan Chase<br>ABA: 021000021<br>Swift code: CHASUS33<br>Account Name: Atos IT Solutions and Services, Inc.<br>Account Number: 656522083 | Atos IT Solutions and Services, Inc.<br>Bank: JP Morgan Chase<br>ABA: 044000037<br>Swift code: BONEUS44<br>Account Name: Atos IT Solutions and Services, Inc.<br>Account Number: 656522083 |

Steady State Variable Priced Services for August 2017

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Taxes | Total Price |
| --- | --- | --- | --- | --- | --- | --- |
| 160 | ZUS001<br>Backup Atos - Data Domain Active Back-up (TB)]<br>Service Date: 08/31/2017 | QTY | 1.000 | 106,820.29 | 0.00 | 106,820.29 |
| 170 | ZUS011<br>Non-standard Appliance (TB)]<br>Service Date: 08/31/2017<br>Ship To:<br>ATOS IT SOLUTIONS AND SERVICES<br>5000 S Bowen Rd Atos Data Center - Exempt<br>Arlington TX  76017<br><br>Contact: Carol Geisen<br>Phone:<br>Fax:  Ext<br>Email: carol.geisen@atos.net | QTY | 1.000 | 480.00 | 0.00 | 480.00 |
| | | | | State taxes | 5,762.46 | |

| Currency: USD | Subtotal Before Tax:563,794.97 | Total Tax : | 5,762.46 Invoice Total: 569,557.43 |
| --- | --- | --- | --- |
| Payment Terms:  Net 30  Net Due By 10/26/2017 | | | |

ATOS IT Solutions and Services, Inc.
4705 Duke Drive
Mason, OH 45040
Attn: Billing and Collections Center    ( Email: accountsreceivable@atos.net )

For the Terms and Conditions applicable for this billing document, please reference the corresponding Contract and/or other addendum.
Taxes are summarized, and the details are available upon request.
This invoice is subject to the terms of the services agreement and statement of work mutually executed by and between you and Atos IT Solutions and Services, Inc. (Atos). Any matters contained in the invoice which are not subject to or within the scope of a current agreement between you and Atos are subject to the Standard Atos US Terms and Conditions of Sale which can be found at: http://www.na.atos.net/en-us/about_us/terms-and-conditions/default.htm



# Invoice

| Customer PO Date | Cust PO |
|---|---|
| | Billing Per Bill of Sale |
| Project | Project Description |
| US.704398 | ACT, Inc. |
| Reference | Sales Order No |
| | 4017704398 |

| Bill To | Sold To | Ship To |
|---|---|---|
| ACT, Inc. | ACT, Inc. | ACT, Inc. |
| 500 ACT DR | 500 ACT DR | 500 ACT DR |
| Iowa City IA  52240 | Iowa City IA  52240 | Iowa City IA  52240 |

Attn:

| Remit Check Payments To: | Remit Incoming Wire To: | Remit Incoming ACH's To: |
|---|---|---|
| Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. |
| Dept 781177 | Bank: JP Morgan Chase | Bank: JP Morgan Chase |
| PO Box 78000 | ABA: 021000021 | ABA: 044000037 |
| Detroit, MI 48278-1177 | Swift code: CHASUS33 | Swift code: BONEUS44 |
| | Account Name: Atos IT Solutions and Services, Inc. | Account Name: Atos IT Solutions and Services, Inc. |
| | Account Number: 656522083 | Account Number: 656522083 |

AIX Equipment Purchase

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Taxes | Total Price |
|---|---|---|---|---|---|---|
| 10 | Z00118 | QTY | 34.000 | 422.00 | 860.88 | 15,208.88 |
| | 600GB 10K RPM Serial Attached SCSI Small Form-Factor Hard Disk Drive | | | | | |
| | Service Date: 10/01/2017 | | | | | |
| | Contact: Carol Geisen | | | | | |
| | Phone: | | | | | |
| | Fax:  Ext | | | | | |
| | Email: carol.geisen@atos.net | | | | | |
| | | | | State taxes | 860.88 | |

| Currency: USD | Subtotal Before Tax:14,348.00 | Total Tax : | 860.88 Invoice Total: 15,208.88 |
|---|---|---|---|
| Payment Terms:  Net 30  Net Due By 11/12/2017 | | | |

ATOS IT Solutions and Services, Inc.
4705 Duke Drive
Mason, OH 45040
Attn: Billing and Collections Center   ( Email: accountsreceivable@atos.net )

For the Terms and Conditions applicable for this billing document, please reference the corresponding Contract and/or other addendum.
Taxes are summarized, and the details are available upon request.
This invoice is subject to the terms of the services agreement and statement of work mutually executed by and between you and Atos IT Solutions and Services, Inc. (Atos). Any matters contained in the invoice which are not subject to or within the scope of a current agreement between you and Atos are subject to the Standard Atos US Terms and Conditions of Sale which can be found at: http://www.na.atos.net/en-us/about_us/terms-and-conditions/default.htm



# Invoice

| Bill To | Sold To | Ship To |
|---|---|---|
| ACT, Inc.<br>500 ACT DR<br>Iowa City IA  52240 | ACT, Inc.<br>500 ACT DR<br>Iowa City IA  52240 | ACT, Inc.<br>500 ACT DR<br>Iowa City IA  52240 |

Attn:

| Remit Check Payments To: | Remit Incoming Wire To: | Remit Incoming ACH's To: |
|---|---|---|
| Atos IT Solutions and Services, Inc.<br>Dept 781177<br>PO Box 78000<br>Detroit, MI 48278-1177 | Atos IT Solutions and Services, Inc.<br>Bank: JP Morgan Chase<br>ABA: 021000021<br>Swift code: CHASUS33<br>Account Name: Atos IT Solutions and Services, Inc.<br>Account Number: 656522083 | Atos IT Solutions and Services, Inc.<br>Bank: JP Morgan Chase<br>ABA: 044000037<br>Swift code: BONEUS44<br>Account Name: Atos IT Solutions and Services, Inc.<br>Account Number: 656522083 |

AIX Equipment Purchase

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Taxes | Total Price |
|---|---|---|---|---|---|---|
| 10 | Z00118<br>CFG 1A IBM 710 server<br><br>Service Date: 10/01/2017<br><br>Contact: Carol Geisen<br>Phone:<br>Fax:  Ext<br>Email: carol.geisen@atos.net | QTY | 1.000 | 13,204.28 | 792.26 | 13,996.54 |
| | | | | State taxes | 792.26 | |

| Currency: USD | Subtotal Before Tax:13,204.28 | Total Tax : | 792.26 Invoice Total: 13,996.54 |
|---|---|---|---|
| Payment Terms:  Net 30  Net Due By 11/12/2017 | | | |

ATOS IT Solutions and Services, Inc.
4705 Duke Drive
Mason, OH 45040
Attn: Billing and Collections Center    ( Email: accountsreceivable@atos.net )
For the Terms and Conditions applicable for this billing document, please reference the corresponding Contract and/or other addendum.
Taxes are summarized, and the details are available upon request.
This invoice is subject to the terms of the services agreement and statement of work mutually executed by and between you and Atos IT Solutions and Services, Inc. (Atos). Any matters contained in the invoice which are not subject to or within the scope of a current agreement between you and Atos are subject to the Standard Atos US Terms and Conditions of Sale which can be found at: http://www.na.atos.net/en-us/about_us/terms-and-conditions/default.htm



# Invoice

| Customer PO Date | Cust PO | | |
|---|---|---|---|
| | Billing Per Bill of Sale | | |
| Project | Project Description | | |
| US.704398 | ACT, Inc. | | |
| Reference | Sales Order No | | |
| | 4017704398 | | |

| Invoice no | Date |
|---|---|
| 5376132734 | 10/13/2017 |
| Customer no 177731 | Page 1 of 1 |

| Bill To | Sold To | Ship To |
|---|---|---|
| ACT, Inc. | ACT, Inc. | ACT, Inc. |
| 500 ACT DR | 500 ACT DR | 500 ACT DR |
| Iowa City IA  52240 | Iowa City IA  52240 | Iowa City IA  52240 |

Attn:

| Remit Check Payments To: | Remit Incoming Wire To: | Remit Incoming ACH's To: |
|---|---|---|
| Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. |
| Dept 781177 | Bank: JP Morgan Chase | Bank: JP Morgan Chase |
| PO Box 78000 | ABA: 021000021 | ABA: 044000037 |
| Detroit, MI 48278-1177 | Swift code: CHASUS33 | Swift code: BONEUS44 |
| | Account Name: Atos IT Solutions and Services, Inc. | Account Name: Atos IT Solutions and Services, Inc. |
| | Account Number: 656522083 | Account Number: 656522083 |

AIX Equipment Purchase

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Taxes | Total Price |
|---|---|---|---|---|---|---|
| 10 | Z00118 | QTY | 1.000 | 8,252.94 | 495.18 | 8,748.12 |
| | CFG 1A IBM 710 server | | | | | |
| | Service Date: 10/01/2017 | | | | | |
| | Contact: Carol Geisen | | | | | |
| | Phone: | | | | | |
| | Fax:  Ext | | | | | |
| | Email: carol.geisen@atos.net | | | | | |
| | | | | State taxes | 495.18 | |

| Currency: USD | Subtotal Before Tax:8,252.94 | Total Tax : | 495.18 Invoice Total: 8,748.12 |
|---|---|---|---|
| Payment Terms:  Net 30  Net Due By 11/12/2017 | | | |

ATOS IT Solutions and Services, Inc.
4705 Duke Drive
Mason, OH 45040
Attn: Billing and Collections Center    ( Email: accountsreceivable@atos.net )
For the Terms and Conditions applicable for this billing document, please reference the corresponding Contract and/or other addendum.
Taxes are summarized, and the details are available upon request.
This invoice is subject to the terms of the services agreement and statement of work mutually executed by and between you and Atos IT Solutions and Services, Inc. (Atos). Any
matters contained in the invoice which are not subject to or within the scope of a current agreement between you and Atos are subject to the Standard Atos US Terms and Conditions
of Sale which can be found at: http://www.na.atos.net/en-us/about_us/terms-and-conditions/default.htm



# Invoice

| Customer PO Date | Cust PO | | Invoice no | Date |
|---|---|---|---|---|
| | Billing Per Bill of Sale | | 5376132738 | 10/13/2017 |
| Project | Project Description | | | |
| US.704398 | ACT, Inc. | | Customer no 177731 | Page 1 of 1 |
| Reference | Sales Order No | | | |
| | 4017704398 | | | |

| Bill To | Sold To | Ship To |
|---|---|---|
| ACT, Inc. | ACT, Inc. | ACT, Inc. |
| 500 ACT DR | 500 ACT DR | 500 ACT DR |
| Iowa City IA  52240 | Iowa City IA  52240 | Iowa City IA  52240 |

Attn:

| Remit Check Payments To: | Remit Incoming Wire To: | Remit Incoming ACH's To: |
|---|---|---|
| Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. |
| Dept 781177 | Bank: JP Morgan Chase | Bank: JP Morgan Chase |
| PO Box 78000 | ABA: 021000021 | ABA: 044000037 |
| Detroit, MI 48278-1177 | Swift code: CHASUS33 | Swift code: BONEUS44 |
| | Account Name: Atos IT Solutions and Services, Inc. | Account Name: Atos IT Solutions and Services, Inc. |
| | Account Number: 656522083 | Account Number: 656522083 |

AIX Equipment Purchase

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Taxes | Total Price |
|---|---|---|---|---|---|---|
| 10 | Z00118 | QTY | 1.000 | 7,920.28 | 475.22 | 8,395.50 |
| | CFG 1A IBM 710 server | | | | | |
| | | | | | | |
| | Service Date: 10/01/2017 | | | | | |
| | | | | | | |
| | Contact: Carol Geisen | | | | | |
| | Phone: | | | | | |
| | Fax:  Ext | | | | | |
| | Email: carol.geisen@atos.net | | | State taxes | 475.22 | |

| Currency: USD | Subtotal Before Tax:7,920.28 | Total Tax : | 475.22 Invoice Total: 8,395.50 |
|---|---|---|---|
| Payment Terms:  Net 30  Net Due By 11/12/2017 | | | |

ATOS IT Solutions and Services, Inc.
4705 Duke Drive
Mason, OH 45040
Attn: Billing and Collections Center    ( Email: accountsreceivable@atos.net )
For the Terms and Conditions applicable for this billing document, please reference the corresponding Contract and/or other addendum.
Taxes are summarized, and the details are available upon request.
This invoice is subject to the terms of the services agreement and statement of work mutually executed by and between you and Atos IT Solutions and Services, Inc. (Atos). Any
matters contained in the invoice which are not subject to or within the scope of a current agreement between you and Atos are subject to the Standard Atos US Terms and Conditions
of Sale which can be found at: http://www.na.atos.net/en-us/about_us/terms-and-conditions/default.htm



# Invoice

| Customer PO Date | Cust PO |
|---|---|
| | Billing Per Bill of Sale |
| Project | Project Description |
| US.704398 | ACT, Inc. |
| Reference | Sales Order No |
| | 4017704398 |

| Bill To | Sold To | Ship To |
|---|---|---|
| ACT, Inc. | ACT, Inc. | ACT, Inc. |
| 500 ACT DR | 500 ACT DR | 500 ACT DR |
| Iowa City IA 52240 | Iowa City IA 52240 | Iowa City IA 52240 |

Attn:

| Remit Check Payments To: | Remit Incoming Wire To: | Remit Incoming ACH's To: |
|---|---|---|
| Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. |
| Dept 781177 | Bank: JP Morgan Chase | Bank: JP Morgan Chase |
| PO Box 78000 | ABA: 021000021 | ABA: 044000037 |
| Detroit, MI 48278-1177 | Swift code: CHASUS33 | Swift code: BONEUS44 |
| | Account Name: Atos IT Solutions and Services, Inc. | Account Name: Atos IT Solutions and Services, Inc. |
| | Account Number: 656522083 | Account Number: 656522083 |

AIX Equipment Purchase

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Taxes | Total Price |
|---|---|---|---|---|---|---|
| 10 | Z00118 | QTY | 2.000 | 500.00 | 60.00 | 1,060.00 |
| | IBM e-server xseries 336  server | | | | | |
| | Service Date: 10/01/2017 | | | | | |
| | Contact: Carol Geisen | | | | | |
| | Phone: | | | | | |
| | Fax:  Ext | | | | | |
| | Email: carol.geisen@atos.net | | | | | |
| | | | | State taxes | 60.00 | |

| Currency: USD | Subtotal Before Tax:1,000.00 | Total Tax : | 60.00 Invoice Total: 1,060.00 |
|---|---|---|---|
| Payment Terms:  Net 30  Net Due By 11/12/2017 | | | |

ATOS IT Solutions and Services, Inc.
4705 Duke Drive
Mason, OH 45040
Attn: Billing and Collections Center    ( Email: accountsreceivable@atos.net )
For the Terms and Conditions applicable for this billing document, please reference the corresponding Contract and/or other addendum.
Taxes are summarized, and the details are available upon request.
This invoice is subject to the terms of the services agreement and statement of work mutually executed by and between you and Atos IT Solutions and Services, Inc. (Atos). Any
matters contained in the invoice which are not subject to or within the scope of a current agreement between you and Atos are subject to the Standard Atos US Terms and Conditions
of Sale which can be found at: http://www.na.atos.net/en-us/about_us/terms-and-conditions/default.htm



# Invoice

| Customer PO Date | | Cust PO | | |
| --- | --- | --- | --- | --- |
| | | Billing Per SOW and Schedule D | | |
| Project | | Project Description | | |
| US.704398 | | ACT, Inc. | | |
| Reference | | Sales Order No | | |
| | | 4017704398 | | |

| Invoice no | Date |
| --- | --- |
| 5376133494 | 10/25/2017 |
| Customer no 177731 | Page 1 of 3 |

| Bill To | Sold To | Ship To |
| --- | --- | --- |
| ACT, Inc.<br>500 ACT DR<br>Iowa City IA  52240 | ACT, Inc.<br>500 ACT DR<br>Iowa City IA  52240 | **Multiple Ship Tos**<br>**See Item Details** |

Attn:

| Remit Check Payments To: | Remit Incoming Wire To: | Remit Incoming ACH's To: |
| --- | --- | --- |
| Atos IT Solutions and Services, Inc.<br>Dept 781177<br>PO Box 78000<br>Detroit, MI 48278-1177 | Atos IT Solutions and Services, Inc.<br>Bank: JP Morgan Chase<br>ABA: 021000021<br>Swift code: CHASUS33<br>Account Name: Atos IT Solutions and Services, Inc.<br>Account Number: 656522083 | Atos IT Solutions and Services, Inc.<br>Bank: JP Morgan Chase<br>ABA: 044000037<br>Swift code: BONEUS44<br>Account Name: Atos IT Solutions and Services, Inc.<br>Account Number: 656522083 |

Steady State Variable Priced Services for September 2017

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Taxes | Total Price |
| --- | --- | --- | --- | --- | --- | --- |
| 10 | ZUS006<br>VOIP Services - Managed Port ($/Port)<br>Service Date: 09/30/2017 | QTY | 1.000 | 44,321.81 | 0.00 | 44,321.81 |
| 20 | ZUS006<br>VOIP Services - Voice IMAC's<br>Service Date: 09/30/2017<br>Ship To:<br>ACT, Inc.<br>500 ACT DR<br>Iowa City IA  52240 | QTY | 1.000 | 17,885.82 | 0.00 | 17,885.82 |
| 30 | ZUS011<br>DBA<br>Service Date: 09/30/2017 | QTY | 1.000 | 15,225.67 | 0.00 | 15,225.67 |
| 40 | ZUS011<br>ASM<br>Service Date: 09/30/2017 | QTY | 1.000 | 750.00 | 0.00 | 750.00 |
| 50 | ZUS011<br>Wintel Atos - Windows Physical<br>Service Date: 09/30/2017 | QTY | 1.000 | 2,612.72 | 0.00 | 2,612.72 |
| 60 | ZUS011<br>Wintel Atos - Windows Virtual<br>Service Date: 09/30/2017 | QTY | 1.000 | 21,049.75 | 0.00 | 21,049.75 |
| 70 | ZUS011<br>Unix/Linux Atos - Unix-Linux Physical<br>Service Date: 09/30/2017 | QTY | 1.000 | 13,541.90 | 0.00 | 13,541.90 |

ATOS IT Solutions and Services, Inc.
4705 Duke Drive
Mason, OH 45040
Attn: Billing and Collections Center     ( Email: accountsreceivable@atos.net )

For the Terms and Conditions applicable for this billing document, please reference the corresponding Contract and/or other addendum.
Taxes are summarized, and the details are available upon request.
This invoice is subject to the terms of the services agreement and statement of work mutually executed by and between you and Atos IT Solutions and Services, Inc. (Atos). Any matters contained in the invoice which are not subject to or within the scope of a current agreement between you and Atos are subject to the Standard Atos US Terms and Conditions of Sale which can be found at: http://www.na.atos.net/en-us/about_us/terms-and-conditions/default.htm



# Invoice

| Customer PO Date | Cust PO |
|---|---|
| | Billing Per SOW and Schedule D |
| Project | Project Description |
| US.704398 | ACT, Inc. |
| Reference | Sales Order No |
| | 4017704398 |

| Bill To | Sold To | Ship To |
|---|---|---|
| ACT, Inc. | ACT, Inc. | **Multiple Ship Tos** |
| 500 ACT DR | 500 ACT DR | **See Item Details** |
| Iowa City IA 52240 | Iowa City IA 52240 | |

Attn:

| Remit Check Payments To: | Remit Incoming Wire To: | Remit Incoming ACH's To: |
|---|---|---|
| Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. |
| Dept 781177 | Bank: JP Morgan Chase | Bank: JP Morgan Chase |
| PO Box 78000 | ABA: 021000021 | ABA: 044000037 |
| Detroit, MI 48278-1177 | Swift code: CHASUS33 | Swift code: BONEUS44 |
| | Account Name: Atos IT Solutions and | Account Name: Atos IT Solutions and Services, |
| | Services, Inc. | Inc. |
| | Account Number: 656522083 | Account Number: 656522083 |

Steady State Variable Priced Services for September 2017

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Taxes | Total Price |
|---|---|---|---|---|---|---|
| 80 | ZUS011 | QTY | 1.000 | 62,498.79 | 0.00 | 62,498.79 |
| | Unix/Linux Atos - Unix-Linux Virtual | | | | | |
| | Service Date: 09/30/2017 | | | | | |
| 90 | ZUS001 | QTY | 1.000 | 9,947.98 | 0.00 | 9,947.98 |
| | P-Series Atos | | | | | |
| | Service Date: 09/30/2017 | | | | | |
| 100 | ZUS001 | QTY | 1.000 | 12,796.75 | 0.00 | 12,796.75 |
| | Storage Atos - Tier 1 Storage (TB) | | | | | |
| | Service Date: 09/30/2017 | | | | | |
| 110 | ZUS001 | QTY | 1.000 | 62,909.98 | 0.00 | 62,909.98 |
| | Storage Atos - Tier 2 Storage (TB) | | | | | |
| | Service Date: 09/30/2017 | | | | | |
| 120 | ZUS001 | QTY | 1.000 | 13,053.88 | 0.00 | 13,053.88 |
| | Backup Atos - Avamar Active Back-up (TB) | | | | | |
| | Service Date: 09/30/2017 | | | | | |
| 130 | ZUS001 | QTY | 1.000 | 176,909.27 | 0.00 | 176,909.27 |
| | Backup Atos - Data Domain Active Back-up (TB)] | | | | | |
| | Service Date: 09/30/2017 | | | | | |
| 140 | ZUS011 | QTY | 1.000 | 480.00 | 0.00 | 480.00 |
| | Non-standard Appliance (TB)] | | | | | |
| | Service Date: 09/30/2017 | | | | | |
| | Ship To: | | | | | |
| | ATOS IT SOLUTIONS AND SERVICES | | | | | |
| | 5000 S Bowen Rd Atos Data Center - Exempt | | | | | |
| | Arlington TX 76017 | | | | | |

ATOS IT Solutions and Services, Inc.
4705 Duke Drive
Mason, OH 45040
Attn: Billing and Collections Center   ( Email: accountsreceivable@atos.net )
For the Terms and Conditions applicable for this billing document, please reference the corresponding Contract and/or other addendum.
Taxes are summarized, and the details are available upon request.
This invoice is subject to the terms of the services agreement and statement of work mutually executed by and between you and Atos IT Solutions and Services, Inc. (Atos). Any
matters contained in the invoice which are not subject to or within the scope of a current agreement between you and Atos are subject to the Standard Atos US Terms and Conditions
of Sale which can be found at: http://www.na.atos.net/en-us/about_us/terms-and-conditions/default.htm



# Invoice

Customer PO Date

Project
US.704398
Reference

Cust PO
Billing Per SOW and Schedule D
Project Description
ACT, Inc.
Sales Order No
4017704398

| **Bill To** | **Sold To** | **Ship To** |
|---|---|---|
| ACT, Inc.<br>500 ACT DR<br>Iowa City IA  52240 | ACT, Inc.<br>500 ACT DR<br>Iowa City IA  52240 | **Multiple Ship Tos**<br>**See Item Details** |

Attn:

| **Remit Check Payments To:** | **Remit Incoming Wire To:** | **Remit Incoming ACH's To:** |
|---|---|---|
| Atos IT Solutions and Services, Inc.<br>Dept 781177<br>PO Box 78000<br>Detroit, MI 48278-1177 | Atos IT Solutions and Services, Inc.<br>Bank: JP Morgan Chase<br>ABA: 021000021<br>Swift code: CHASUS33<br>Account Name: Atos IT Solutions and Services, Inc.<br>Account Number: 656522083 | Atos IT Solutions and Services, Inc.<br>Bank: JP Morgan Chase<br>ABA: 044000037<br>Swift code: BONEUS44<br>Account Name: Atos IT Solutions and Services, Inc.<br>Account Number: 656522083 |

Steady State Variable Priced Services for September 2017

Contact: Carol Geisen
Phone:
Fax:  Ext
Email: carol.geisen@atos.net

---

**Currency: USD**   Subtotal Before Tax:453,984.32   Total Tax :   0.00 Invoice Total: 453,984.32
**Payment Terms:  Net 30  Net Due By 11/24/2017**

ATOS IT Solutions and Services, Inc.
4705 Duke Drive
Mason, OH 45040
Attn: Billing and Collections Center   ( Email: accountsreceivable@atos.net )
For the Terms and Conditions applicable for this billing document, please reference the corresponding Contract and/or other addendum.
Taxes are summarized, and the details are available upon request.
This invoice is subject to the terms of the services agreement and statement of work mutually executed by and between you and Atos IT Solutions and Services, Inc. (Atos). Any
matters contained in the invoice which are not subject to or within the scope of a current agreement between you and Atos are subject to the Standard Atos US Terms and Conditions
of Sale which can be found at: http://www.na.atos.net/en-us/about_us/terms-and-conditions/default.htm



# Invoice

| Customer PO Date | Cust PO |
|---|---|
| | Billing Per SOW and Schedule D |
| Project | Project Description |
| US.704398 | ACT, Inc. |
| Reference | Sales Order No |
| | 4017704398 |

| Bill To | Sold To | Ship To |
|---|---|---|
| ACT, Inc. | ACT, Inc. | ACT, Inc. |
| 500 ACT DR | 500 ACT DR | 500 ACT DR |
| Iowa City IA 52240 | Iowa City IA 52240 | Iowa City IA 52240 |

Attn:

| Remit Check Payments To: | Remit Incoming Wire To: | Remit Incoming ACH's To: |
|---|---|---|
| Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. |
| Dept 781177 | Bank: JP Morgan Chase | Bank: JP Morgan Chase |
| PO Box 78000 | ABA: 021000021 | ABA: 044000037 |
| Detroit, MI 48278-1177 | Swift code: CHASUS33 | Swift code: BONEUS44 |
| | Account Name: Atos IT Solutions and Services, Inc. | Account Name: Atos IT Solutions and Services, Inc. |
| | Account Number: 656522083 | Account Number: 656522083 |

Steady State Fixed Services for September 2017

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Taxes | Total Price |
|---|---|---|---|---|---|---|
| 10 | ZUS025 Governance & Account Management Service Date: 09/30/2017 | QTY | 1.000 | 68,062.34 | 0.00 | 68,062.34 |
| 20 | ZUS025 SMC Service Date: 09/30/2017 | QTY | 1.000 | 18,479.01 | 0.00 | 18,479.01 |
| 30 | ZUS012 ATF Tooling Service Date: 09/30/2017 | QTY | 1.000 | 23,509.58 | 0.00 | 23,509.58 |
| 40 | ZUS016 Network Data Service Date: 09/30/2017 | QTY | 1.000 | 124,590.00 | 0.00 | 124,590.00 |
| 50 | ZUS025 IT Security Service Date: 09/30/2017 | QTY | 1.000 | 46,711.34 | 0.00 | 46,711.34 |

Contact: Carol Geisen
Phone:
Fax:  Ext
Email: carol.geisen@atos.net

| Currency: USD | Subtotal Before Tax:281,352.27 | Total Tax : | 0.00 Invoice Total: 281,352.27 |
|---|---|---|---|
| Payment Terms:  Net 30  Net Due By 11/24/2017 | | | |

ATOS IT Solutions and Services, Inc.
4705 Duke Drive
Mason, OH 45040
Attn: Billing and Collections Center   ( Email: accountsreceivable@atos.net )
For the Terms and Conditions applicable for this billing document, please reference the corresponding Contract and/or other addendum.
Taxes are summarized, and the details are available upon request.
This invoice is subject to the terms of the services agreement and statement of work mutually executed by and between you and Atos IT Solutions and Services, Inc. (Atos). Any
matters contained in the invoice which are not subject to or within the scope of a current agreement between you and Atos are subject to the Standard Atos US Terms and Conditions
of Sale which can be found at: http://www.na.atos.net/en-us/about_us/terms-and-conditions/default.htm



# Invoice

| Customer PO Date | Cust PO |
|---|---|
| | Billing Per SOW |
| Project | Project Description |
| US.704398 | ACT, Inc. |
| Reference | Sales Order No |
| | 4017704398 |

| Invoice no | Date |
|---|---|
| 5376133472 | 10/25/2017 |
| Customer no 177731 | Page 1 of 1 |

| **Bill To** | **Sold To** | **Ship To** |
|---|---|---|
| ACT, Inc. | ACT, Inc. | ACT, Inc. |
| 500 ACT DR | 500 ACT DR | 500 ACT DR |
| Iowa City IA  52240 | Iowa City IA  52240 | Iowa City IA  52240 |

Attn:

| **Remit Check Payments To:** | **Remit Incoming Wire To:** | **Remit Incoming ACH's To:** |
|---|---|---|
| Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. |
| Dept 781177 | Bank: JP Morgan Chase | Bank: JP Morgan Chase |
| PO Box 78000 | ABA: 021000021 | ABA: 044000037 |
| Detroit, MI 48278-1177 | Swift code: CHASUS33 | Swift code: BONEUS44 |
| | Account Name: Atos IT Solutions and Services, Inc. | Account Name: Atos IT Solutions and Services, Inc. |
| | Account Number: 656522083 | Account Number: 656522083 |

Middleware Services for September 2017

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Taxes | Total Price |
|---|---|---|---|---|---|---|
| 10 | ZUS006<br>ACT Middleware<br>ACT-03242016-001<br>[757502]<br>Service Period: 9/1 - 9/30<br>Service Date: 09/30/2017<br><br>Contact: Carol Geisen<br>Phone:<br>Fax:  Ext<br>Email: carol.geisen@atos.net | QTY | 1.000 | 89,825.28 | 0.00 | 89,825.28 |

**Currency: USD      Subtotal Before Tax:89,825.28      Total Tax :          0.00 Invoice Total: 89,825.28**
**Payment Terms:  Net 30  Net Due By 11/24/2017**

ATOS IT Solutions and Services, Inc.
4705 Duke Drive
Mason, OH 45040
Attn: Billing and Collections Center    ( Email: accountsreceivable@atos.net )
For the Terms and Conditions applicable for this billing document, please reference the corresponding Contract and/or other addendum.
Taxes are summarized, and the details are available upon request.
This invoice is subject to the terms of the services agreement and statement of work mutually executed by and between you and Atos IT Solutions and Services, Inc. (Atos). Any
matters contained in the invoice which are not subject to or within the scope of a current agreement between you and Atos are subject to the Standard Atos US Terms and Conditions
of Sale which can be found at: http://www.na.atos.net/en-us/about_us/terms-and-conditions/default.htm



# Invoice

| Invoice no | Date |
|---|---|
| 5376133440 | 10/25/2017 |
| Customer no 177731 | Page 1 of 1 |

| Customer PO Date | Cust PO |
|---|---|
| | Billing Per SOW and Schedule D |
| Project | Project Description |
| US.704398 | ACT, Inc. |
| Reference | Sales Order No |
| | 4017704398 |

| Bill To | Sold To | Ship To |
|---|---|---|
| ACT, Inc. | ACT, Inc. | ACT, Inc. |
| 500 ACT DR | 500 ACT DR | 500 ACT DR |
| Iowa City IA  52240 | Iowa City IA  52240 | Iowa City IA  52240 |

Attn:

| Remit Check Payments To: | Remit Incoming Wire To: | Remit Incoming ACH's To: |
|---|---|---|
| Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. |
| Dept 781177 | Bank: JP Morgan Chase | Bank: JP Morgan Chase |
| PO Box 78000 | ABA: 021000021 | ABA: 044000037 |
| Detroit, MI 48278-1177 | Swift code: CHASUS33 | Swift code: BONEUS44 |
| | Account Name: Atos IT Solutions and Services, Inc. | Account Name: Atos IT Solutions and Services, Inc. |
| | Account Number: 656522083 | Account Number: 656522083 |

Iowa Data Center for September 2017

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Taxes | Total Price |
|---|---|---|---|---|---|---|
| 10 | ZUS011 | QTY | 1.000 | 6,102.15 | 366.13 | 6,468.28 |
| | Wintel Iowa | | | | | |
| | Service Period: 09/01/2017 - 09/30/2017 | | | | | |
| 20 | ZUS011 | QTY | 1.000 | 3,663.60 | 219.82 | 3,883.42 |
| | Unix/Linux Iowa | | | | | |
| | Service Period: 09/01/2017 - 09/30/2017 | | | | | |
| 30 | ZUS001 | QTY | 1.000 | 14,791.20 | 0.00 | 14,791.20 |
| | Storage Iowa | | | | | |
| | Service Period: 09/01/2017 - 09/30/2017 | | | | | |
| 40 | ZUS001 | QTY | 1.000 | 4,857.72 | 0.00 | 4,857.72 |
| | Back-up Iowa | | | | | |
| | Service Period: 09/01/2017 - 09/30/2017 | | | | | |
| | Contact: Carol Geisen | | | | | |
| | Phone: | | | | | |
| | Fax:  Ext | | | | | |
| | Email: carol.geisen@atos.net | | | | | |
| | | | | State taxes | 585.95 | |

| Currency: USD | Subtotal Before Tax:29,414.67 | Total Tax : | 585.95 Invoice Total: 30,000.62 |
|---|---|---|---|
| Payment Terms:  Net 30  Net Due By 11/24/2017 | | | |

ATOS IT Solutions and Services, Inc.
4705 Duke Drive
Mason, OH 45040
Attn: Billing and Collections Center    ( Email: accountsreceivable@atos.net )

For the Terms and Conditions applicable for this billing document, please reference the corresponding Contract and/or other addendum.
Taxes are summarized, and the details are available upon request.
This invoice is subject to the terms of the services agreement and statement of work mutually executed by and between you and Atos IT Solutions and Services, Inc. (Atos). Any matters contained in the invoice which are not subject to or within the scope of a current agreement between you and Atos are subject to the Standard Atos US Terms and Conditions of Sale which can be found at: http://www.na.atos.net/en-us/about_us/terms-and-conditions/default.htm



# Invoice

| Customer PO Date | Cust PO |
|---|---|
|  | Billing Per SOW |
| Project | Project Description |
| US.704398 | ACT, Inc. |
| Reference | Sales Order No |
|  | 4017704398 |

| Bill To | Sold To | Ship To |
|---|---|---|
| ACT, Inc. | ACT, Inc. | ACT, Inc. |
| 500 ACT DR | 500 ACT DR | 500 ACT DR |
| Iowa City IA  52240 | Iowa City IA  52240 | Iowa City IA  52240 |

Attn:

| Remit Check Payments To: | Remit Incoming Wire To: | Remit Incoming ACH's To: |
|---|---|---|
| Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. | Atos IT Solutions and Services, Inc. |
| Dept 781177 | Bank: JP Morgan Chase | Bank: JP Morgan Chase |
| PO Box 78000 | ABA: 021000021 | ABA: 044000037 |
| Detroit, MI 48278-1177 | Swift code: CHASUS33 | Swift code: BONEUS44 |
|  | Account Name: Atos IT Solutions and Services, Inc. | Account Name: Atos IT Solutions and Services, Inc. |
|  | Account Number: 656522083 | Account Number: 656522083 |

Contract Termination Transition for October 2017

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Taxes | Total Price |
|---|---|---|---|---|---|---|
| 10 | Z00001<br>"ACTAUX0520- ACT Contract Termination Transition<br>ACT-XXXX2017-001<br>[757541]<br>Service Period: 10/01 - 10/31"<br><br>Service Date: 10/31/2017<br><br>Contact: Carol Geisen<br>Phone:<br>Fax:  Ext<br>Email: carol.geisen@atos.net | QTY | 1.000 | 27,378.66 | 0.00 | 27,378.66 |

| | |
|---|---|
| Currency: USD   Subtotal Before Tax:27,378.66   Total Tax :   0.00 Invoice Total: 27,378.66 | |
| Payment Terms:  Net 30  Net Due By 12/03/2017 | |

ATOS IT Solutions and Services, Inc.
4705 Duke Drive
Mason, OH 45040
Attn: Billing and Collections Center   ( Email: accountsreceivable@atos.net )

For the Terms and Conditions applicable for this billing document, please reference the corresponding Contract and/or other addendum.
Taxes are summarized, and the details are available upon request.
This invoice is subject to the terms of the services agreement and statement of work mutually executed by and between you and Atos IT Solutions and Services, Inc. (Atos). Any matters contained in the invoice which are not subject to or within the scope of a current agreement between you and Atos are subject to the Standard Atos US Terms and Conditions of Sale which can be found at: http://www.na.atos.net/en-us/about_us/terms-and-conditions/default.htm